UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAVCAN.DC, Inc. (previously known as Cascade Divide Data Centers, Inc.), DACH Holdings, LLC, Silverstein Realty Group, Inc., Silver Springs Development, Inc., GGH, Inc., and Residencial de Chihuahua 2001, S.A. de C.V.

Plaintiff(s)

- v -

Jeffrey Rinde and CKR Law LLP

Defendant(s)

**RULE 7.1 STATEMENT**

Case Number

---

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

NAVCAN.DC, Inc. (previously known as Cascade Divide Data Centers, Inc.), DACH Holdings, LLC, Silverstein Realty Group, Inc., Silver Springs Development, Inc., GGH, Inc., and Residencial de Chihuahua 2001, S.A. de C.V.

(a private non-governmental party or intervenor) certifies the following:

## Part I

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Plaintiffs DACH Holdings, LLC, Silverstein Realty Group, Inc., and Residencial de Chihuahua 2001, S.A. de C.V have no corporate affiliates subsidiaries, and/or parent corporation or any publicly held corporation owning 10% or more of their stock.

Navcan.213, Inc. is a corporate subsidiary of Plaintiff NAVCAN.DC, Inc. (previously known as Cascade Divide Data Centers, Inc.) and Navcan.Colo, Inc. is a subsidiary of Navcan.213, Inc.

Paradigm Holdings, Inc. is the parent corporation for Plaintiff Silver Springs Development, Inc.

Plaintiff GGH, Inc. is the parent corporation of the following entities: 59 Turnpike Road, LLC, Cape Ann Botanicals, LLC, Old Planters of Cape Ann, Inc., GGH ESM, LLC (dissolved entity), Cape Ann Blends, LLC, and Cape Ann Production, LLC

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Plaintiff NAVCAN.DC, Inc. (previously known as Cascade Divide Data Centers, Inc.) is a citizen of the State of Washington.

Plaintiffs DACH Holdings, LLC and Silverstein Realty Group, Inc. are citizens of the State of Illinois.

Plaintiff Silver Springs Development, Inc. is a citizen of Sakskatchewan, Canada.

Plaintiff GGH, Inc. is a citizen of the State of Massachusetts.

Plaintiff Residencial de Chihuahua, 2001, S.A. de C.V. is a citizen of Chihuahua, Mexico.

Defendants Jeffrey Rinde and CKR Law, LLP are citizens of the State of New York.

3/16/23
Date

_____
Signature of Attorney

6946
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf SDNY Web 12/2022

2