UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NAVCAN.DC, Inc. (previously known as Cascade Divide Data
Centers, Inc.), DACH Holdings, LLC, Silverstein Realty Group,
Inc., Silver Springs Development, Inc., GGH, Inc., and           Case No. 1:23-cv-02267
Residencial de Chihuahua 2001, S.A. de C.V.

                                   Plaintiffs,

           -against-

Jeffrey Rinde and CKR Law LLP,

                                 Defendants.
------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March 2023, I served a true and correct copy of an Order of this Court dated March 20, 2023 and a copy of the Individual Rules and Procedures for Civil Cases of Judge Lorna G. Schofield via email, upon:

**Via E-Mail**
Michael Maloney, Esq.
Felicello Law, P.C.
*AAA Arbitration Counsel for Defendants*
366 Madison Avenue, 3rd Floor
New York, NY 10017
mmaloney@felicellolaw.com

                                                                _____
                                                                Denis J. McGrath