AFFIDAVIT OF SERVICE

N 576192

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FILED ON: 3/17/2023 INDEX NO.: 1:23-CV-02267-LGS

NAVCAN.DC, INC. (PREVIOUSLY KNOWN AS CASCADE DIVIDE DATA CENTERS, INC.) et. al., Plaintiff(s)-Petitioner(s)

-vs-

JEFFREY RINDE AND CKR LAW LLP Defendant(s)-Respondent(s)

STATE OF NEW YORK }
COUNTY OF SARATOGA ss.}

I, Mark McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On APRIL 11, 2023 at 1:15 P.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTION, SUMMONS, COMPLAINT JURY TRIAL DEMANDED**

bearing index number: 1:23-CV-02267-LGS and date of filing: 3/17/2023
upon **CKR LAW, LLP**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12231-0001**

MANNER OF SERVICE}

*Personal*

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*

☒ By delivering and leaving 2 copies with} **AMY LESCH, BUSINESS DOCUMENT SPECIALIST**
the agent for service on the person in this proceeding designated under rule 121-1502 LLP and tendering the required fee.
Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above.
Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail__certified mail__registered mail__return receipt requested.
Certified/Registered mail #

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE Race/Skin Color: WHITE Hair Color: BLONDE
Approximate Age: 45 years Approximate Height: 5'8" Approximate Weight: 160 pounds
Other:

Subscribed and sworn before me on} APRIL 11, 2023

Notary Public, State of New York
Karen E. Rock
Qualified in Schenectady County
Number 01R06065213
Expires: October 9, 2025

NLS #: 266213

Affidavit #: 23-2784

Conway & Conway
99 Park Avenue, 6th Floor
New York, NY 10016
(212) 938-1080

Mark McClosky
Deponent

FIRM FILE # 576192