UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NAVCAN.DC, INC., et al.,
                      Plaintiffs,

              -against-

JEFFREY RINDE, et al.,
                      Defendants.
------------------------------------------------------------X

23 Civ. 2267 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated March 20, 2023, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is scheduled for May 3, 2023;

    WHEREAS, Defendant Rinde was served on April 4, 2023, and Defendant CKR Law, LLP, was served on April 11, 2023;

    WHEREAS, Defendants have not appeared in this case and have not yet timely responded to the Complaint;

    WHEREAS, on April 26, 2023, Plaintiffs filed unilaterally the letter and proposed case management plan.  It is hereby

    **ORDERED** that if Defendants appear or otherwise respond to Plaintiffs' communication, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **May 3, 2023**.  If not, no later than **May 3, 2023**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules.  It is further

    **ORDERED** that the initial pretrial conference scheduled for May 3, 2023, is adjourned to **May 10, 2023, at 4:00 P.M.**

Dated: April 27, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE