**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NAVCAN.DC, INC., *et al.*,

                Plaintiff,                    **ORDER**

       -against-                 **23-cv-2267 (LGS) (JW)**

JEFFREY RINDE, *et al.*,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of a joint letter raising discovery issues at Dkt. No. 52. The parties are directed to file a joint status update letter on July 21, 2023, advising the Court as to whether there are any remaining discovery issues requiring the Court's attention. This letter is not to exceed four pages and should include the parties' respective positions on any disputes.

      SO ORDERED.

DATED:    New York, New York
               July 14, 2023

                                                          */s/ Jennifer E. Willis*
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge