UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAVCAN.DC, INC., *et al.*,

                       Plaintiff,                             **ORDER**

           -against-                         **23-cv-2267 (LGS) (JW)**

JEFFREY RINDE, *et al.*,

                       Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Defendants request that further proceedings in this action be stayed pending the Court's ruling on Defendants' motion to compel arbitration and discovery requests. Dkt. No. 62, p. 4. The Court is also in receipt of Defendants' request for a protective order, Dkt. No. 57, and Plaintiffs' opposition. Dkt. No. 58. Finding good cause, the Court has entered the protective order. Dkt. No. 63. **The Clerk of the Court is respectfully requested to close the motion at Dkt. No. 57**.

      District courts generally stay discovery where a motion to compel arbitration is pending before the court. Intertec Contracting Turner Steiner Int'l, S.A., No. 98 CIV. 9116 (CSH), 2001 WL 812224, at *7 (S.D.N.Y. July 18, 2001). "A stay pending a motion to compel arbitration should be granted absent compelling reasons to deny it." Alvarez v. Experian Info. Sols., Inc., No. 2:19-cv-03343 (JS) (JMW), 2021 WL 2349370, at *2 (E.D.N.Y. June 7, 2021) (citation omitted). Defendants' request to stay this action pending a ruling on the motion to compel arbitration is GRANTED.

The Parties are directed to file a joint status update within one week of the Court's ruling on the pending motion to compel arbitration, proposing new discovery deadlines, if necessary, and noting any disagreements.

SO ORDERED.

DATED: New York, New York
September 26, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge