UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NAVCAN.DC, INC., et al.,
                Plaintiffs,

-against-

JEFFREY RINDE, et al.,
                Defendants.
------------------------------------------------------------X

23 Civ. 2267 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order by Judge Willis dated September 26, 2023, granted Defendants' request to stay this action pending a ruling on the motion to compel arbitration. It is hereby

**ORDERED** that the case management conference scheduled for October 11, 2023, along with the parties' deadline to file pre-motion letters for summary judgment or other dispositive motions, is adjourned *sine die*.

Dated: September 27, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**