UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NAVCAN.DC, INC., *et al.*,

                    Plaintiff,

        -against-

JEFFREY RINDE, *et al.*,

                    Defendant.
------------------------------------------------------------------X

**ORDER**

**23-cv-2267 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of a joint letter at Dkt. No. 67. In light of District Judge Schofield's order denying a motion to compel arbitration, Dkt. No. 66, Plaintiff asks to (i) lift the stay of discovery and (ii) resolve outstanding discovery disputes over document production outlined in the Party's prior requests. Id. at 4. Conversely, Defendants ask for (i) an extension of the stay, (ii) a stay on any rulings on discovery disputes, or, in the alternative, (iii) document discovery dates extended until February 29, 2024.

      Regarding the stay, this Court granted Defendants' request to stay discovery pending District Judge Schofield's ruling. Dkt. No. 64. As the ruling has been issued, the stay is lifted. Defendants' note that they are considering an appeal of that order. Dkt. No. 67 at 4. If, and when, any appeal is filed, Defendants may renew the request for a stay. The Court sets the below discovery deadlines in this action:

- All fact discovery shall be completed no later than **February 29, 2024**.
- All depositions shall be completed by **February 29, 2024**.

- A joint status letter is due by **March 29, 2024**, such letter should include notice of any anticipated dispositive motions.

With respect to outstanding discovery disputes, the September 15th letter asks to compel documents related to escrow funds and payments. Dkt. No. 62 at 4. On September 26, 2023, this Court entered a protective order in this action. Dkt. No. 63. No documents have been exchanged since that time and Defendants expect to supplement their document production. Dkt. No. 67 at 5. The Parties are directed to meet and confer in good faith and exchange supplemental documents by no later than **November 3, 2023**. The Parties are directed to file a joint status update on **November 17, 2023** with any outstanding discovery disputes. Such letter need not recite the discovery timeline provided previously, and should instead include specific document requests and note specific objections.

**The Clerk of the Court is respectfully requested to lift the stay of this case.**

SO ORDERED.

DATED:   New York, New York
         October 20, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge