UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAVCAN.DC, INC., *et al.*,

                      Plaintiffs,

        -against-

JEFFREY RINDE, *et al.*,

                      Defendants.
-----------------------------------------------------------------X

**ORDER**

**23-cv-2267 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This Court will hold a conference in this matter on April 18, 2024 at 2:45pm. The conference will be held in-person in Courtroom 228, 40 Foley Square, New York, New York. As Defendants' counsel seeks to withdraw as attorney of record, Dkt. Nos. 81-82, this Court expects that the individual Defendant/partnership representative will attend the conference as well.

      SO ORDERED.

DATED:    New York, New York
              April 5, 2024

                                                               */s/ Jennifer E. Willis*
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge