UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAVCAN.DC, INC., *et al.*,

                              Plaintiffs,                              **ORDER**

                 -against-                             **23-cv-2267 (LGS) (JW)**

JEFFREY RINDE, *et al.*,

                              Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

     This Court is in receipt of Defendant Jeffrey Rinde's request to appear by telephone for the conference scheduled on April 18, 2024 at 2:45pm. Dkt. No. 87. This request is **DENIED**. Almost two weeks ago, this Court issued an order scheduling an in-person conference and ordering the individual defendant to attend the conference. Dkt. No. 85.

     With apologies to Plaintiffs' counsel, given Defendant Rinde's refusual to attend the conference in-person today, the conference is ADJOURNED. The conference will now be held on **April 24, 2024 at 2:00pm** in Courtroom 228, 40 Foley Square, New York, New York. Defendant Rinde is ORDERED to appear in-person for the conference. Failure to attend without prior leave of this Court will result in sanctions. **Defendants' counsel is directed to serve a copy of this order on Defendant and file proof of service on the docket.**

1

SO ORDERED.

DATED:   New York, New York
         April 18, 2024

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge