UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NAVCAN.DC, INC., *et al.*,

        Plaintiffs,      **ORDER**

   -against-         **23-cv-2267 (LGS) (JW)**

JEFFREY RINDE, *et al.*,

        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

  On April 18, 2024, this Court received an ex parte email from Defendant Jeffrey Rinde stating that he is out of the country and unable to attend an in-person conference. This email will be forwarded to Plaintiffs' counsel and Defendants' counsel. At the outset, Defendant Rinde is an attorney and is reminded that ex parte communications with the Court are not permitted absent extraordinary circumstances or prior leave of the Court. Further, Defendant Rinde is currently represented by counsel, and is advised to communicate with the Court through counsel until the issue of counsel's withdraw is addressed.

  Additionally, while Defendant Rinde complains that he is out of the country, the conference was scheduled almost two weeks ago, and the Court received no communication from Defendant or counsel that he was unable to attend until this morning. Dkt. No. 87.

  Finally, the Court received a letter from Plaintiffs' counsel raising a conflict with the new date for conference. Dkt. No. 89. Given both Parties scheduling

1

conflicts, the Parties are directed to meet and confer to propose three mutual agreeable dates in May for an in-person conference.

SO ORDERED.

DATED:   New York, New York
         April 18, 2024

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge