**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
NAVCAN.DC, INC., et al.,

                            Plaintiff,                  **ORDER**

          -against-                     **23-CV-2267 (LGS) (JW)**

JEFFREY RINDE, et al.

                           Defendants.
----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 17, 2024, the Court held a conference with the Parties concerning discovery disputes.  Defendants are ordered to provide Plaintiff with the in-court referenced supplementary production by **5:00pm Monday, May 20, 2024**. Defendants are also ordered to provide the Court with a status update regarding the possible withdrawal of counsel by **5:00pm on Friday, May 31, 2024**.  The Court reminds Defendants' counsel of his continuing ethical obligation to adequately represent Defendants until granted leave to withdraw—if such leave is ever granted.

SO ORDERED.

DATED:     New York, New York
              May 17, 2024

                                         _Jennifer E. Willis_
                                    JENNIFER E. WILLIS
                                United States Magistrate Judge