UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAVCAN.DC, INC., et al.,

                        Plaintiff,                        **ORDER**

                  -against-                      **23-CV-2267 (LGS) (JW)**

JEFFREY RINDE, et al.,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Defendants' status update (Dkt. No. 98) and Plaintiffs' unsought response.  Dkt. No. 99.  With exception to the notice of depositions on May 31, 2024, any discovery issues Plaintiffs knew of since Defendants' supplemental production on May 20, 2024, should have been raised earlier and subject to a meet and confer before a letter was filed per this Court's individual rules.  The Parties are ordered to request a single copy of the transcript from the last hearing and email a copy to the Court.  The Parties are also ordered to meet and confer regarding the additional issues raised in Plaintiffs' letter and file a joint status letter by **June 18, 2024**, detailing whether the issues in Plaintiffs' current letter have been resolved and whether Defendants' counsel still intends to move to withdraw.

      SO ORDERED.

DATED:    New York, New York
               June 4, 2024

                                                                            _____
                                                                            JENNIFER E. WILLIS
                                                                            United States Magistrate Judge