June 18, 2024

**VIA ELECTRONIC MAIL**

Magistrate Judge Jennifer E. Willis
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *NAVCAN.DC, Inc. et al. v. Jeffrey Rinde, et al.,* Case No. 1:23-cv-02267-LGS

Dear Judge Willis:

    I am the Managing Partner of CKR Law LLP ("CKR"). CKR and I are the named defendants in the above-referenced action.

    By letter dated May 31, 2024, I requested an extension of 2 weeks until June 14th to satisfy certain payment obligations to our counsel, Michael Maloney. The June 14th date was based on my discussions with the lender providing the funds for this purpose. On June 12, 2024, I was informed there would be a slight delay in disbursement of the funds due to a holiday from June 15th – June 18th and the closing would occur instead on either June 19th or June 20th. I notified Mr. Maloney of this delay on the same day. Subsequently, the bank scheduled a meeting for June 20th to execute the necessary documents to release the loan proceeds. Disbursement of the funds is expected on June 21st. Copies of communications with the lender confirming these facts are available upon request. Typically, it takes 1 – 3 banking days following transfer of the overseas funds to credit to a U.S. bank account. The agreed payment obligations to Mr. Maloney will be satisfied in full at that time.

    Therefore, Defendants respectfully request an additional period of 13 days to June 27th. On June 17th, I spoke to Mr. Maloney and agreed the Defendants would consent to his withdrawal following this date in the event of any further delays in satisfying this payment obligation. Mr. Maloney did not oppose this request and agreed he would withdraw his motion if payment in full was received.

    Defendants note on June 14th, they agreed to appear for depositions in New York on August 8th and 9th and have continued to cooperate with Mr. Maloney to address ongoing discovery issues.

    Thank you for your consideration.

    Regards,

    *Jeffrey A. Rinde*

    Jeffrey A. Rinde