**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
NAVCAN.DC, INC., et al.,

                            Plaintiff,                           **ORDER**

         -against-                             **23-CV-2267 (LGS) (JW)**

JEFFREY RINDE, et al.,

                            Defendant.
----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

        In response to this Court's June 21, 2024 order, the Court is in receipt of an email and document from Defendants' that was not filed on the docket.  In the document attached to the email, Defendants' informed the Court that they plan to obtain new counsel by the end of the week.  Therefore, Defendants are ordered to have new counsel file an appearance on the docket by **July 12, 2024**.  Nothing about the substitution of counsel is to change the scheduling of Defendant's depositions. In the last joint status update, the Parties indicated that the proposed dates for Defendant Rinde's deposition were July 31, 2024, or August 8 and 9, 2024.  The Parties are ordered to provide the Court with the agreed upon date from those listed above for Defendant Rinde's depositions by **July 19, 2024**.

        SO ORDERED.

DATED:     New York, New York
              July 8, 2024

                                          *Jennifer E. Willis*
                                        JENNIFER E. WILLIS
                                     United States Magistrate Judge