UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAVCAN.DC, INC., et al.,

                            Plaintiffs,                      **ORDER**

        -against-                              **23-CV-2267 (LGS) (JW)**

JEFFREY RINDE, et al.

                            Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of another email and letter attachment from Defendant Rinde. A copy of the letter is attached hereto. Defendant Rinde informs the Court that he intends to appear pro se on behalf of Defendants. Therefore, Defendant Rinde is ordered to properly file a notice of pro se appearance with the Pro Se Intake Unit by completing the Notice of Pro Se Appearance form, available at https://www.nysd.uscourts.gov/node/826 and then email it, **in PDF form**, to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Generally, the Court encourages the pro se litigant to contact the Pro Se Intake Unit. The Pro Se Intake Unit is located in the United States Courthouse, 500 Pearl Street, Room 200, New York, New York (telephone 212-805-0175) and can assist pro se litigants in connection with court procedures.

      To the extent Defendant Rinde wishes to receive documents in this case electronically (by e-mail) instead of by regular mail, he may consent to electronic service by filing a Pro Se Consent to Electronic Service Form, available in the Pro Se

Intake Unit or at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

While there are no restrictions on Defendant Rinde appearing pro se, a corporation may not do the same. Given that, the Parties are ordered to file a letter brief as to whether a pro se defendant who is an attorney may also represent a co-defendant corporation by **July 22, 2024**. The letters should not exceed five pages.

The Court fully expects the depositions in this matter to remain on schedule and to receive a joint letter detailing the date of Defendant Rinde's deposition on **July 19, 2024**, as required by the July 8, 2024 order. Dkt. No. 106. Furthermore, Defendants are directed to ensure all subsequent communications with the Court are conducted via filings on the docket and not email.

SO ORDERED.

DATED:   New York, New York
         July 11, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge

July 11, 2024

**VIA ELECTRONIC MAIL**

Magistrate Judge Jennifer E. Willis
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *NAVCAN.DC, Inc. et al. v. Jeffrey Rinde, et al.,* Case No. 1:23-cv-02267-LGS

Dear Judge Willis:

  I was notified today that Defendants' proposed new counsel, Friedman Kaplan Seiler Adelman & Robbins LLP, will not agree to be engaged on this matter. Therefore, for now, I will appear *pro se*. However, I do intend to engage new counsel as soon as possible. Thank you.

           Respectfully,

           Jeffrey A. Rinde

Cc: kpc@conway-conway.com